JOHN WANAMAKER, NEW YORK, INC., et al., Respondents,
   v.  OTIS  ELEVATOR  COMPANY,  Appellant.  (Action
   No. 2.)

*John Wanamaker, New York, Inc.,* v. *Otis Elevator Co.,* 186 App. Div.
661; 188 App. Div. 978, modified.

(Argued January 20, 1920; decided February 24, 1920.)

APPEAL, by permission, from two judgments of the
Appellate Division of the Supreme Court in the second
judicial department, entered March 13, 1919, and June
12, 1919, respectively, unanimously affirming a judgment
in favor of plaintiffs entered upon a decision of the court
at a Trial Term without a jury.   This action is to recover
from the defendant the loss and damages sustained by the
plaintiffs by reason of actions brought by certain persons,
to wit, Rachel R. Dutcher, Margaret Mack and J. Stewart
Mack against the plaintiff Wanamaker for injuries occa-
sioned by the fall of its passenger elevator in its department
store in New York city.   The plaintiff alleged that the
elevator fell because of the inadequacy and insufficiency
of certain supporting  appliances which broke because
they were negligently and wrongfully constructed and
installed by the defendant, although it had undertaken
to install such as would be sufficient and adequate.

   *Charles A. Boston* and *John Guyton Boston* for appellant.
   *Frank Verner Johnson* for respondents.

   Judgments modified by reducing recovery in favor of
the assurance company to $6,632.18 and interest from
April 5, 1916, and as so modified affirmed, without costs
to either party, on opinion of HOGAN, J., in *Wanamaker* v.
v. *Otis Elevator Co.* (228 N. Y. 192).

   Concur: HISCOCK, Ch. J., CHASE, HOGAN, McLAUGH-
LIN and ELKUS, JJ.  CARDOZO, J., concurs in result.
Dissenting from modification: CRANE, J.